```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

           -against-                    MEMORANDUM AND ORDER
                                        10-CR-674(S-2)(DRH)
TIMOTHY FAISON, a/k/a
"SHABAZ,"

                Defendant.
-------------------------------X
A P P E A R A N C E S:

For the Government:
     Loretta Lynch
     United States Attorney
     Eastern District of New York
     Central Islip, New York 11722
        By: Raymond A. Tierney, A.U.S.A.
            Tali Farhadian, A.U.S.A.

For Defendant:
     Timothy Faison, Pro Se
     #76325-053
     Queens Detention Facility
     182-22 150th Avenue
     Jamaica, New York 11413

     Leonard Lato, Esq.
     Stand-by Counsel
     320 Carlton Avenue
     Suite 4200
     Central Islip, New York 11722
```

HURLEY, Senior District Judge

Defendant's motions for a judgment of acquittal or, alternatively, for a new trial, as well as his motion for an arrest of judgment, brought pursuant to Federal Rules of Criminal Procedure 29, 33 and 34 respectively, are denied. Accordingly the government and the defendant are directed to be ready to proceed to sentence at the time and on the date previously scheduled, to wit 10:30 a.m. on February 1, 2012.

As will be explained by the Court immediately prior to the imposition of sentence, each of the motions is timed barred and, in any event, lacks merit.

SO ORDERED.

Dated: January 25, 2012
      Central Islip, New York 11722

                                              _____/S/_____
                                              DENIS R. HURLEY, U.S.D.J.