```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

       -against-                    MEMORANDUM AND ORDER
                                    10-CR-674(S-2)(DRH)
TIMOTHY FAISON, a/k/a
"SHABAZ,"

            Defendant.
------------------------------X
A P P E A R A N C E S:

For the Government:
    Loretta Lynch
    United States Attorney
    Eastern District of New York
    Central Islip, New York 11722
      By: Raymond A. Tierney, A.U.S.A.
          Tali Farhadian, A.U.S.A.

For Defendant:
    Timothy Faison, Pro Se
    #76325-053
    Queens Detention Facility
    182-22 150th Avenue
    Jamaica, New York 11413

    Leonard Lato, Esq.
    Stand-by Counsel
    320 Carlton Avenue
    Suite 4200
    Central Islip, New York 11722
```

HURLEY, Senior District Judge

The Court learned on July 20, 2012 that Timothy Faison ("Faison" or "defendant") has filed another post-verdict motion, this one via a letter dated May 21, 2012, in which he seeks a new trial pursuant to Federal Rule 33 of the Federal Rules of Criminal Procedure based "on new[ly] discovered evidence of perjury and false evidence giv[en] by the government's witness[es]."  (Def.'s May 21, 2011 Letter at 1, docketed on

7/23/2012 as Docket Entry # 110.)  The government filed its opposition by letter dated July 24, 2012.  Defendant's Reply, if any, is to be filed on or before August 17, 2010.

       SO ORDERED.

Dated: July 31, 2010
      Central Islip, New York


                                        _____/s/_____
                                        DENIS R. HURLEY, U.S.D.J.